STATE of Missouri, Plaintiff/Respondent,

v.

Norman ELLSWORTH,
Defendant/Appellant.

Norman ELLSWORTH,
Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 69328, 71432.

Missouri Court of Appeals,
Eastern District,
Division Six.

Aug. 5, 1997.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

*ORDER*

PER CURIAM.

Defendant appeals after his conviction by a jury of one count of driving while intoxicated, section 577.010, RSMo 1986. The court sentenced him as a prior and persistent offender to a prison term of five years. Defendant also appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. Defendant does not address any points in his appeal to the denial of his Rule 29.15 motion. Therefore, that appeal is considered abandoned. *See State v. Nelson,* 818 S.W.2d 285, 287 (Mo.App.1991). We affirm. We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).

Colleen STEPHENS,
Petitioner/Respondent,

v.

Harold L. STEPHENS,
Respondent/Appellant.

No. 70700.

Missouri Court of Appeals,
Eastern District,
Division Six.

Aug. 5, 1997.

Joseph Howlett, Clayton, for respondent/appellant.

Daniel V. O'Brien, St. Louis, for petitioner/respondent.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

*ORDER*

Husband appeals from a decree dissolving the parties' marriage. He challenges the award of maintenance and the allocation of debt to the parties. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).